# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00443-CV

**Carolyn Barnes, Appellant**

**v.**

**Edward C. Kirkpatrick, d/b/a Kirkpatrick Builders; Shawn Kirkpatrick;
and Kirkpatrick Builders, Ltd., Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 04-263-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss her appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Dismissed on Appellant's Motion

Filed: September 26, 2006